PROB 12C
ED/AR (12/2012)

# United States District Court

## for the

## Eastern District of Arkansas

**FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 29 2022
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK**

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Steven Rawls Jr. | Case Number: 4:18CR00049-DPM-1 |
| Name of Sentencing Judicial Officer: | Honorable D. P. Marshall Jr. Chief U.S. District Judge |

Original Offense: Drug User in Possession of a Firearm

Date of Sentence: March 4, 2020

Original Sentence: 48 months Bureau of Prisons followed by 2 years supervised release

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: October 1, 2021 |
| | Date Supervision Expires: September 30, 2023 |
| U. S. Probation Officer: Steven Daniels | Asst. U.S. Attorney: Stephanie G. Mazzanti |
| | Defense Attorney: To be appointed |

## PETITIONING THE COURT

☒ To Issue a Sealed Warrant Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☐ To Issue a Summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | Mandatory (1) | The defendant shall not commit another federal, state, or local crime. |
| 2 | Standard (10) | You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers). |
| | | On April 28, 2022, Mr. Steven Rawls violated these conditions of supervised release when he fled in a stolen vehicle from the North Little Rock, Arkansas, Police Department. After a pursuit, he was taken into custody and found to be in possession of a firearm (B-felony), as evidence by his arrest for Possession of a Firearm by Certain Persons, Theft by Receiving (greater than $5,000 and less than $25,000), Fleeing (2 counts), and Failure to Appear, as documented by the North Little Rock Police Department's, arrest report number 2022-29107 and the Arrest Affidavit report, issued by the Pulaski County Detention Center. Mr. Rawls' next court appearance is schedule for April 28, 2022, in North Little Rock District Court. He is currently in custody. |

Prob 12C                                  - 2 -                        Petition for Warrant or Summons
                                                                       For Offender Under Supervision

Name of Offender: Steven Rawls                                         Case Number: 4:18CR00049-DPM-1

| | | |
|---|---|---|
| 3 | Standard | You must work full time (at least 30 hours per week) at a lawful type of employment unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment unless the probation officer excuses, you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br>Mr. Rawls violated this condition of supervised release when he failed to obtain and maintain employment since October 1, 2021. |
| 4 | Special (1) | Rawls must participate, under the guidance and supervision of the probation officer, in a substance-abuse treatment program, which must include regular and random drug testing, and may include outpatient counseling, residential treatment, recovery meetings, or some combination of those options.<br>Mr. Rawls violated this condition of supervised release by failing to submit a urine specimen on February 9, February 16, and April 7, 2022. |
| 5 | Standard (2) | After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br>Mr. Rawls violated this condition of supervised release by failing to submit written monthly supervision reports for October 2021 through March 2022. |

I declare under penalty of perjury that the foregoing is true and correct.

*Steven Daniels* (Digitally signed by Steven Daniels Date: 2022.04.28 15:57:20 -05'00')

Steven Daniels
U.S. Probation Officer

Executed on   April 28, 2022

Approved by:

*Sarah R. Gann*

Acting Supervising U.S. Probation Officer

The U.S. Attorney's Office submits this petition to be filed with Criminal Docketing as a motion.

*Benecia Moore*
For: Stephanie G. Mazzanti
Assistant U.S. Attorney

Executed on  4/29/22