IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                           PLAINTIFF

VS.                       NO. 4:18-CR-00049 DPM

STEVEN RAWLS, JR.                                       DEFENDANT

### DEFENDANT'S EMERGENCY MOTION
### FOR RELEASE TO ATTEND FUNERAL

Comes now the defendant, STEVEN RAWLS, JR., by and through his attorney, Garry J. Corrothers, and respectfully moves this Court for an ORDER allowing defendant to attend the funeral of his uncle, and states the following:

1. Defendant Steven Rawls, Jr.'s great-uncle passed away and his services are scheduled for Saturday, May 28, 2022, at 11:00 a.m. at Holy Cross Baptist Church, 4800 West 12th Street, Little Rock, Arkansas. Mr. Rawls is currently housed in the Greene County Detention Facility in Paragould, Arkansas.

2. Attached as Exhibit A is the funeral services notice for Mr. Rawls's great uncle, John L. Tripp. Mr. Tripp was the brother of the defendant's grandmother, Audrey Woods. When defendant was younger, his family lived with Ms. Woods and her brother, the decedent, until Mr. Rawls was in his teens.

3. As Mr. Rawls was close to his great uncle, he requests that he be allowed to attend his funeral and support his family members as well. We ask that

he be temporarily released at 7:00 a.m. and returned to the Greene County Detention Facility by 8:00 p.m. on May 28, 2022.

4. A court is authorized under 18 U.S.C. Section 3142(c)(1)(B) to allow the limited release of a defendant for specific hours, after which he is to return to custody, when the limited purpose of the release poses no reasonable risk of flight or danger to the community.

5. For all these reasons, we respectfully request that Mr. Rawls be allowed temporary release to attend his great-uncle's funeral. His family will pick him up and deliver him back to the Greene County Detention Facility.

6. The assigned assistant United States attorney objects to the motion.

WHEREFORE, defendant Steven Rawls, Jr. prays this Court will allow him temporary release from 7:00 a.m. until 8:00 p.m. on May 28, 2022, to attend his great-uncle's funeral.

Respectfully submitted,

STEVEN RAWLS, JR.
By: GARRY J. CORROTHERS
Attorney at Law
Corrothers Law Office, PLLC
221 W. 2nd Street, Suite 617
Little Rock, AR 72201
Tele: (501) 376-0812
e-mail: gjcorrotherslaw@gmail.com
ABN: 89-133

## CERTIFICATE OF SERVICE

I, hereby certify that on May 25, 2022, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Eastern District of Arkansas by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/S/ GARRY J. CORROTHERS

Exhibit A

The Official
Life & Legacy
SERVICES FOR:
Brother
John L.
Tripp
PUBLIC VIEWING
Friday, May 27, 2022 | Paradise Funeral Home of Arkansas| 1PM - 5PM
206 S. Cross St. Little Rock, Arkansas 72202
CELEBRATION OF LIFE
Saturday, May 28, 2022 | Holy Cross Baptist Church| 11AM
4800 West 12th St. Little Rock, Arkansas 72204
Funeral Arrangements are entrusted to Paradise Funeral Home of Arkansas
Email Resolutions to: Paradisefhlittlerock@gmail.com

